**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 871 MAL 2015
:
               Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
         v. :
:
:
:
BARRY L. SOLDRIDGE JR., :
:
               Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of March, 2016, the Petition for Allowance of Appeal is

**DENIED**.